# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| vs. | : | |
| | : | |
| **MIGUEL ORTIZ,** | : | **NO. 11-251-08** |
| a/k/a "Miguelito," | : | |

## O R D E R

**AND NOW**, this 23rd day of January, 2013, upon consideration of the Defendant's Motion for Pre-Trial Supervised Release Pending Government Appeal Pursuant to 18 U.S.C. § 3143(c) (Document No. 345, filed November 16, 2012), the Government's Response and Memorandum of Law in Opposition to Defendant's Motion for Bail (Document No. 347, filed November 27, 2012), Letter from Defense Counsel dated December 4, 2012 (Document No. 356, filed December 4, 2012), Letter from Defense Counsel dated December 6, 2012 (Document No. 357, December 6, 2012), and Letter from Defense Counsel dated December 13, 2012 (Document No. 360, filed December 13, 2012), following a Hearing on December 10, 2012, with the defendant, Miguel Ortiz and all counsel present, for the reasons set forth in the Memorandum dated January 23, 2013, **IT IS ORDERED** that Defendant's Motion for Pre-Trial Supervised Release Pending Government Appeal Pursuant to 18 U.S.C. § 3143(c) is **DENIED**.

                          **BY THE COURT:**

                          /s/ Hon. Jan E. Dubois
                            **JAN E. DUBOIS, J.**